IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FIRST COMMUNITIES
AAF CORNERS AT 1700,

    Plaintiff,

    v.

SARAH CHRISTIAN,

    Defendant.

CIVIL ACTION FILE
NO. 1:18-CV-2031-TWT

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Gwinnett County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Gwinnett County.

SO ORDERED, this 10 day of August, 2018.

                                        /s/Thomas W. Thrash
                                        THOMAS W. THRASH, JR.
                                        United States District Judge